UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 06-14M |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JENARO ROJAS-VERGARA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

<u>Offense charged</u>:

    Conspiracy to Distribute Cocaine and Heroin

<u>Date of Detention Hearing</u>:    January 13, 2006

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

    <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant is charged with conspiracy to distribute cocaine and heroin, a ten plus

DETENTION ORDER    15.13
18 U.S.C. § 3142(i)    Rev. 1/91
PAGE 1

year drug offense.

(2) Defendant was previously convicted in this District of aiding and abetting the distribution of cocaine, Case Number 00-394 TSZ. He was sentenced to 46 months in prison, 5 years supervised release, and was granted early termination from supervised release on July 29, 2004.

(3) The defendant is a United States citizen who was born in Mexico. His mother currently resides in that country with several of his siblings. He travels frequently to Mexico.

(4) He admits to recent drug use.

(5) The defendant poses a risk of nonappearance due to frequent travel to Mexico, use of illegal drugs, and the possibility of a lengthy prison term for the instant offense. He poses a risk of danger due to his criminal history and the nature of the current charges.

(6) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this  13th  day of  January , 2006.

_____
Mary Alice Theiler
United States Magistrate Judge